## Commonwealth *v.* Corcoran, Appellant.

764

Argued March 20, 1967. *Francis J. Hartman*, with him *F. Emmett Fitzpatrick, Jr.*, for appellant; *J. Collins*, Assistant District Attorney, with him *Oscar S. Bortner*, First Assistant District Attorney, and *Ward F. Clark*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.